**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| In re: DMCA Subpoena to YouTube, LLC | : <br> : <br> : Case No. 1:22-mc-10 <br> : <br> : ActivePure Technologies LLC's Request to the <br> : Clerk for Issuance of Subpoena to YouTube, LLC <br> : Pursuant to 17 U.S.C. § 512(h) to Identify <br> : Alleged Infringer |

Petitioner, ActivePure Technologies LLC ("ActivePure"), through their undersigned counsel of record, requests that the Clerk of this Court issue a subpoena to YouTube, LLC. ("YouTube") to identify an alleged copyright infringer, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "DMCA Subpoena"). A proposed DMCA Subpoena is attached.

ActivePure has satisfied the requirements of the issuance of a subpoena pursuant to 17 U.S.C. § 512(h) by:

(1) Filing a copy of the notification sent to YouTube, pursuant to 17 U.S.C. § 512(c)(3)(A), attached to the Declaration of Adam C. Sherman as Exhibit 1;

(2) Filing the proposed DMCA Subpoena; and

(3) Filing a sworn declaration confirming that the purpose of the DMCA Subpoena is to obtain the identity of the alleged infringer and that the information obtained will only be used for the purpose of protecting ActivePure's rights under 17 U.S.C. § 101, *et seq*.

As ActivePure has complied with the statutory requirements, ActivePure respectfully requests that the Clerk issue the proposed DMCA subpoena, pursuant to 17 U.S.C. § 512(h)(4).

Dated: February 23, 2022                              Respectfully submitted

/s/ Adam C. Sherman
Adam C. Sherman (076850)
Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street, Suite 3500
Cincinnati, OH  45202
Phone: (513) 723-4680
Fax:    (513) 852-8468
Email: acsherman@vorys.com

*Counsel for ActivePure Technologies LLC*