**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| In re: DMCA Subpoena to Youtube, LLC | :<br>:<br>:<br>: Case No. 1:22-mc-10<br>:<br>:<br>: **DECLARATION OF ADAM C. SHERMAN**<br>:<br>:<br>: |

I, Adam C. Sherman, Esq., declare, under penalty of perjury, as follows:

1. I am over the age of 18 and am competent to testify to the matters contained here. I have personal knowledge of the matters contained in this Declaration.

2. I am an attorney with the law firm of Vorys, Sater, Seymour and Pease LLP.  I represent ActivePure Technologies LLC. ("ActivePure"), which owns the copyright to the images, videos, and marketing materials it created to market ActivePure products.

3. ActivePure discovered the Youtube channel/account "Troy Sandford," located at the URL https://www.youtube.com/channel/UCpdVS-axFqBXgZ8_CLqxUBA. Some of the videos that were listed on this channel are videos created by ActivePure an/or ActivePure is the copyright owner.  These include videos that were located at these URLs: https://www.youtube.com/watch?v=PG-dKdEzadQ and https://www.youtube.com/watch?v=yliJcHSaejE, among others.   The posting of these videos on the "Troy Sanford" Youtube channel/account infringes ActivePure's copyrights.

4. The YouTube channel/account "Troy Sanford" is hosted by YouTube, LLC ("YouTube").

5. ActivePure seeks to subpoena YouTube for documents containing identifying information relating to the identity of the person or entity who/that operates the YouTube channel at https://www.youtube.com/channel/UCpdVS-axFqBXgZ8_CLqxUBA.

6. The objective of subpoenaing YouTube is to obtain the identity of the alleged infringer, and such information that ActivePure obtains from YouTube will only be used for the purpose of protecting ActivePure's rights under 17 U.S.C. § 101, *et seq.*

7. Attached as Exhibit 1 to this Declaration is a true and correct copy of the notification sent to YouTube, pursuant to 17 U.S.C. § 512(C)(3)(A).

DATED: February 23, 2022

/s/ Adam C Sherman  
Adam C. Sherman, Esq.

## Sherman, Adam C.

| | | |
|---|---|---|
| **From:** | Sherman, Adam C. | Sherman Decl., Ex. 1 |
| **Sent:** | Saturday, December 18, 2021 1:44 PM | |
| **To:** | 'copyright@youtube.com' | |
| **Subject:** | Copyright Infringement | |

Hello,

My name is Adam Sherman and I am outside counsel for ActivePure Technologies, LLC ("ActivePure"). I full contact information is below.

The following material posted on the YouTube account "Troy Sanford" (https://www.youtube.com/channel/UCpdVS-axFqBXgZ8_CLqxUBA) infringes copyrights held by Aerus:

1) https://www.youtube.com/watch?v=PG-dKdEzadQ
2) https://www.youtube.com/watch?v=yIiJcHSaejE
3) https://www.youtube.com/watch?v=MJ8t4_Cl360
4) https://www.youtube.com/watch?v=LVlmGnmWKso
5) https://www.youtube.com/watch?v=HdbHJFZ4X0Y
6) https://www.youtube.com/watch?v=FTZc-4lydpU

These videos were taken from ActivePure's website and other published marketing materials. ActivePure in the copyright owner and has not given permission for this account to use the material.

I have a good faith belief that the use of the material in this manner is not authorized by the copyright owner, its agent, or the law.

The information in this notification is accurate, and under penalty of perjury, I am authorized to act on behalf of the owner of the copyrights.

/s/ Adam Sherman



**Adam C. Sherman**

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street       Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
*www.vorys.com*